
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV - 9 2018

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 18-cr-00059** |
| **VS.** | : | **JUDGE WALTER** |
| **JASON D. TIDWELL** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #26], and in the transcript previously filed herein, [Doc. #28] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #23], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **JASON D. TIDWELL** on November 8, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Shreveport, Louisiana this __9th__ day of ___November___, 2018.

_____
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**